FILED

JUN 11 2025

CLERK, US DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | INDICTMENT |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **5:25 CR 0 0 2 8 5** |
| ) CASE NO. | |
| ORION R. BOLDS, ) | Title 18, United States Code, |
| ) | Sections 922(g)(1), (9), and |
| Defendant. ) | 924(a)(8) |

**JUDGE BRENNAN**

COUNT 1
(Felon in Possession of a Firearm and Ammunition, 18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury charges:

1.  On or about May 11, 2025, in the Northern District of Ohio, Eastern Division, Defendant ORION R. BOLDS, knowing he had previously been convicted of crimes punishable by imprisonment for a term exceeding one year, those being: Domestic Violence, on or about September 23, 2005, in Case Number 2005CR0870, in the Stark County Court of Common Pleas; Robbery, on or about February 22, 2018, in Case Number 2017CR2162, in the Stark County Court of Common Pleas; and Robbery and Burglary, on or about February 22, 2018, in Case Number 2017CR23330 on the Stark County Court of Common Pleas; knowingly possessed in and affecting interstate commerce a firearm, to wit: a Springfield, Inc., dba Springfield Armory, XD Series, .40 caliber, semiautomatic pistol, serial No. US457294 and ammunition, said firearm and ammunition having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNT 2
(Possession of a Firearm and Ammunition by Person Convicted of a Misdemeanor Crime of Domestic Violence, 18 U.S.C. §§ 922(g)(9) and 924(a)(8))

The Grand Jury further charges:

2. On or about May 11, 2025, in the Northern District of Ohio, Eastern Division, Defendant ORION R. BOLDS, knowing he had previously been convicted of misdemeanor crimes of domestic violence, those being: Domestic Violence, on or about April 14, 2004, in Case Number 2003CRB003524, in the Canton Municipal Court; and Domestic Violence, on or about June 17, 2004, in Case Number 2004CRB02701, in the Canton Municipal Court, knowingly possessed in and affecting interstate commerce a firearm, to wit: a Springfield, Inc., dba Springfield Armory, XD Series, .40 caliber, semiautomatic pistol, serial No. US457294, and ammunition, said firearm and ammunition having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(9) and 924(a)(8).

## FORFEITURE

The Grand Jury further charges:

3. For the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), the allegations of Counts 1 and 2 are incorporated herein by reference. As a result of the foregoing offenses, Defendant ORION R. BOLDS shall forfeit to the United States any and all firearms and ammunition involved in or used in the commission of the violations charged in Counts 1 and 2.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.